SIDNEY H. PELTER, Respondent, v. BAUER & MEYER, INC., et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and dis-

bursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.